# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JAGUAR LAND ROVER LIMITED, | CA No. 2:16-cv-11545-BAF-EAS |
| Plaintiff, | Honorable Bernard A. Friedman |
| | Mag. Judge Elizabeth A. Stafford |
| v. | |
| MANDO CORPORATION and MANDO AMERICA CORPORATION | |
| Defendants. | |

## JOINT MOTION TO DISMISS

Plaintiffs Jaguar Land Rover Limited ("JLR") and Defendants Mando Corporation and Mando America Corporation (collectively "Mando") have amicably resolved their dispute and the Parties hereby jointly move to dismiss all of JLR's claims against Mando with prejudice, and all of Mando's counterclaims against JLR with prejudice, in Case No. 2:16-cv-11545-LVP-MKM. The Parties agree that they shall each bear their own fees and costs.

///

1

Dated:  January 18, 2016

| | |
|---|---|
| REISING ETHINGTON | JONES DAY |
| By: */s/Richard W. Hoffmann*<br>Richard W. Hoffmann (#P42352)<br>hoffmann@reising.com<br>755 West Big Beaver Road<br>Suite 1850<br>Troy, MI 48084<br>Tel: (248) 689-3500<br>Fax: (248) 689-4071 | By: */s/William F. Devitt*<br>Louis P. Gabel<br>150 West Jefferson, Suite 2100<br>Detroit, MI 48226-4438<br>Office +1 313.230.7955<br>lpgabel@jonesday.com |
| LATHAM & WATKINS LLP | William E. Devitt<br>(IL Bar No. 6229133)<br>77 West Wacker Drive, Suite 3500<br>Chicago, IL 60601-1692<br>Office +1 312.269.4240<br>wdevitt@jonesday.com |
| Matthew J. Moore<br>(DC Bar No. 453773)<br>matthew.moore@lw.com<br>555 Eleventh Street, N.W.<br>Suite 1000<br>Washington, DC 20004<br>Tel: (202) 637-2200<br>Fax: (202) 637-2201 | *Counsel for Defendants Mando Corporation and Mando America Corporation* |
| Ann Marie Wahls<br>(IL Bar No. 6275778)<br>annmarie.wahls@lw.com<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago, IL 60611<br>Tel: (312) 876-7700<br>Fax: (312) 993-9767 | |
| *Counsel for Plaintiff Jaguar Land Rover Limited* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via the Court's CM/ECF filing system.

Dated:  January 18, 2016

                                                */s/Richard W. Hoffmann*
                                                Richard W. Hoffmann (#P42352)