UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAGUAR LAND ROVER LIMITED,

    Plaintiff,                                   Civil Action No. 16-CV-11545

vs.                                          HON. BERNARD A. FRIEDMAN

MANDO CORPORATION, et al.,

    Defendants.
_____/

## ORDER GRANTING THE JOINT MOTION TO DISMISS

This matter is before the Court on the joint motion of the parties to dismiss with prejudice all claims and counterclaims [docket entry 27]. Given that the parties agree and have amicably resolved the case,

IT IS ORDERED that the joint motion is granted and all claims and counterclaims are dismissed.

                                                        s/ Bernard A. Friedman_____
                                                        BERNARD A. FRIEDMAN
                                                        SENIOR UNITED STATES DISTRICT JUDGE

Dated:  January 23, 2017
        Detroit, Michigan