UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAGUAR LAND ROVER LIMITED,

    Plaintiff,                                  Civil Action No. 16-CV-11545

vs.                                         HON. BERNARD A. FRIEDMAN

MANDO CORPORATION, et al.,

    Defendants.
_____/

## **JUDGMENT**

        The Court has issued an opinion and order in this matter.  Accordingly,

        IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants against plaintiffs.

                                                                         DAVID J. WEAVER
                                                                        CLERK OF COURT

                                                                         By: Carol L. Mullins\_\_\_\_\_

January 23, 2017                                                Deputy Clerk

Approved:  s/ Bernard A. Friedman_____
               BERNARD A. FRIEDMAN
               SENIOR U.S. DISTRICT JUDGE