UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAGUAR LAND ROVER LIMITED,

    Plaintiff,                               Civil Action No. 16-CV-11545

vs.                                         HON. BERNARD A. FRIEDMAN

MANDO CORPORATION, et al.,

    Defendants.
_____/

## **AMENDED JUDGMENT**

The Court has issued an opinion and order in this matter. Accordingly,

IT IS ORDERED AND ADJUDGED that the case is dismissed with prejudice.

                                                                       DAVID J. WEAVER
                                                                       CLERK OF COURT

                                                                        By:\_Carol L. Mullins\_\_\_\_\_
                                                                        Deputy Clerk

January 23, 2017

Approved:\_s/ Bernard A. Friedman_____
        BERNARD A. FRIEDMAN
        SENIOR U.S. DISTRICT JUDGE